IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| STEVEN G. REHART, <br> TDCJ No. 02436385, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS DEPARTMENT <br> OF CRIMINAL JUSTICE, et al., <br><br> Defendants. | § § § § § § § § § § § | Civil Action No. 7:23-cv-089-O |

## JUDGMENT

This action came on for consideration and Plaintiff's whereabouts being unknown to the Court,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint is **DISMISSED** without prejudice.

The **Clerk of Court** shall transmit copies of this Judgment and the Order Dismissing Case to Plaintiff at his last known address.

**SIGNED** this **15th day** of **May 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE